**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00195-CV

**DR. ERIC VANDERWERFF, D.C., Appellant**

**V.**

**TEXAS DEPARTMENT OF INSURANCE-DIVISION OF WORKERS'
COMPENSATION AND COMMISSIONER RYAN BRANNAN, IN HIS OFFICIAL
CAPACITY AND THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,
Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-02886**

## ORDER

We **GRANT** appellees' June 3, 2015 and June 4, 2015 unopposed first motions to extend

time to file briefs and **ORDER** the briefs be filed no later than July 10, 2015.

/s/    CRAIG STODDART
       JUSTICE